PS 42
(2/98)

# United States District Court

## WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, N.C.
2005 MAY 20 PM 1:44

U.S. DISTRICT COURT
W. DIST. OF N.C.

| United States of America | ) | |
|---|---|---|
| | ) | |
| vs | ) | |
| | ) | |
| Calvin Hoang | ) | Case No. 3:04cr274-11-Mu |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Calvin Hoang, have discussed with Deborah S. Fackrell, Probation Officer, modification of my release as follows:

to strike condition of curfew.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    5-12-05
Signature of Defendant           Date

This Modification Order has been discussed with AUSA Edward Ryan, and he concurs with my recommendation.

Deborah S. Fackrell            5-12-05
USPO Deborah S. Fackrell        Date

Reviewed and Approved: _____     5/17/05
                       SUSPO Jeffrey L. Helms       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    _____
Signature of Defense Counsel     Date

[X] The above modification of conditions of release is ordered, to be effective on 5/18/05.

[ ] The above modification of release is not ordered.

Carl Horn, III                   5/18/05
Carl Horn, III                   Date
U.S. Magistrate Judge

cc:   AUSA         Defendant         Defense Attorney         PSI Officer